In the Matter of DESHAWN D.O. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; MARIA T.O., Respondent, and SIDNEY O., Appellant.

Submitted April 4, 2011; decided June 23, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from, affirming the fact-finding order, does not finally determine the proceeding within the meaning of the Constitution.